

A. G. FILE No. 6

GERALD C. MANN
ATTORNEY GENERAL

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

Honorable J. D. Looney
County Auditor
Bowie County
Boston, Texas

Dear Sir:

Opinion No. O-3088
Re: Purchase of groceries and supplies for county poor farm.

Your request for opinion has been received and carefully considered by this department. We quote from your request as follows:

"Bowie County has a poor farm, And a question has arisen who duties it is to do the buying of Groceries and Supplies for the inmates of said poor farm. Has the Supt the right to buy Groceries and supplies without a requisition and if not, is it the Duty of the County Auditer to give one, or the County Judge?"

Article 2351, Vernon's Annotated Texas Civil Statutes, reads in part as follows:

"Each Commissioners' Court shall:

". . . .

"11. Provide for the support of paupers and such idiots and lunatics as cannot be admitted into the lunatic asylum, residents of their county, who are unable to support themselves. By the term resident as used herein, is meant a person who has been a bona fide inhabitant of the county not less than six months and of the State not less than one year."

Honorable J. D. Looney, Page 2

Article 718, Vernon's Annotated Texas Civil Statutes, reads in part as follows:

"After having been authorized as provided in Chapter One of this Title, the Commissioners' Court of a county may lawfully issue bonds of said county for the following purposes:

". . .

"3. To establish county poor houses and farms in the county; . . ."

Article 1659, Vernon's Annotated Texas Civil Statutes, reads as follows:

"Supplies of every kind, road and bridge material, or any other material, for the use of said county, or any of its officers, departments, or institutions must be purchased on competitive bids, the contract to be awarded to the party who, in the judgment of the commissioners court, has submitted the lowest and best bid. The county auditor shall advertise for a period of two weeks in at/least one daily newspaper, published and circulated in the county, for such supplies and material according to specifications, giving in detail what is needed. Such advertisements shall state where the specifications are to be found, and shall give the time and place for receiving such bids. All such competitive bids shall be kept on file by the county auditor as a part of the records of his office, and shall be subject to inspection by any one desiring to see them. Copies of all bids received shall be furnished by the county auditor to the county judge and to the commissioners court; and when the bids received are not satisfactory to the said judge or county commissioners, the auditor shall reject said bids and readvertise for new bids. In cases of emergency,

Honorable J. D. Looney, Page 3

> purchases not in excess of one hundred and
> fifty dollars may be made upon requisition
> to be approved by the commissioners court,
> without advertising for competitive bids."

Article 1660, Vernon's Annotated Texas Civil Statutes, reads as follows:

> "All claims, bills and accounts against
> the county must be filed in ample time for
> the auditor to examine and approve same before
> the meetings of the commissioners court. No
> claim, bill or account shall be allowed or
> paid until it has been examined and approved
> by the county auditor. The auditor shall
> examine the same and stamp his approval
> thereon. If he deems it necessary, all such
> accounts, bill, or claims must be verified
> by affidavit touching the correctness of
> the same. The auditor is hereby authorized
> to administer oaths for the purposes of this
> law."

Article 1661, Vernon's Annotated Texas Civil Statutes, reads as follows:

> "He shall not audit or approve any such
> claim unless it has been contracted as pro-
> vided by law, nor any account for the purchase
> of supplies or materials for the use of said
> county or any of its officers, unless, in
> addition to other requirements of law, there
> is attached thereto a requisition signed by
> the officer ordering same and approved by the
> county judge. Said requisition must be made
> out and signed and approved in triplicate by
> the said officers, the triplicate to remain
> with the officer desiring the purchase, the
> duplicate to be filed with the county audi-
> tor, and the original to be delivered to the
> party from whom said purchase is to be made
> before any purchase shall be made. All war-
> rants on the county treasurer, except war-
> rants for jury service, must be counter-
> signed by the county auditor."

Honorable J. D. Looney, Page 4

The Commissioners' Court has general management, supervision and control over the county poor farm and would clearly have authority to employ a superintendent or overseer to look after the affairs of the poor farm under their direction. The purchase of groceries and supplies must be made in strict compliance with Articles 1659 and 1661, supra. We call your particular attention to that portion of Article 1661, supra, which reads as follows:

". . . nor any account for the purchase of supplies or materials for the use of said county or any of its officers, unless, in addition to other requirements of law, there is attached thereto a requisition signed by the officer ordering same and approved by the county judge. Said requisition must be made out and signed and approved in triplicate by the said officers, the triplicate to remain with the officer desiring the purchase, the duplicate to be filed with the county auditor, and the original to be delivered to the party from whom said purchase is to be made before any purchase shall be made. . . . ."

Trusting that this satisfactorily answers your inquiry, we are

Very truly yours

APPROVED FEB 21, 1941          ATTORNEY GENERAL OF TEXAS

FIRST ASSISTANT          By
ATTORNEY GENERAL                    Wm. J. Fanning
                                                   Assistant

WJF:GW


APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN